NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAHMOOD YOONESSI, Plaintiff - Appellant, v. LETITIA JAMES, attorney; WILLIAM J. PRASIFKA; KYLE WILCOX, attorney; MERRILL TISCH; CALIFORNIA MEDICAL BOARD; LYNNETTE ANTOSH; JPMORGAN CHASE BANK, N.A., Defendants - Appellees. | No. 25-1329 D.C. No. 2:23-cv-00023-TLN-SCR MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Submitted July 29, 2026[**]

Before:    McKEOWN, TALLMAN, and MENDOZA, JR., Circuit Judges.

Mahmood Yoonessi appeals pro se from the district court's judgment

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissing his 42 U.S.C. § 1983 action alleging claims related to the loss of his medical licenses. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Fed. R. Civ. P. 12(b)(6). *Gonzalez v. United States Dep't of State*, 174 F.4th 683, 690 (9th Cir. 2026). We affirm.

The district court properly dismissed Yoonessi's action because Yoonessi failed to allege facts sufficient to state a plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." (citations and internal quotation marks omitted)).

We do not consider issues that are not specifically and distinctly argued in the opening brief. *See Roley v. Google LLC*, 40 F.4th 903, 911 (9th Cir. 2022); *see also* Ninth Circuit Rule 28-1(b) ("Parties must not . . . incorporate by reference briefs submitted to the district court . . . .").

Yoonessi's request for judicial notice, set forth in his opening brief, is denied.

**AFFIRMED.**

25-1329